# EXHIBIT A

**Defendant:** American Freight, LLC
**Creditor ID:** AF165
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| American Freight, LLC | 41456 | $149,059.49 | 9/27/2024 | 653206430 | 7/1/2024 | $149,059.49 |
| | 41054 | $184,023.96 | 8/12/2024 | 653199900 | 7/1/2024 | $184,023.96 |
| | 41183 | $124,711.42 | 8/27/2024 | 655220299 | 8/1/2024 | $124,711.42 |
| | 41183 | $67,127.24 | 8/24/2024 | 655747836 | 8/1/2024 | $67,127.24 |
| | 41604 | $75,081.85 | 10/8/2024 | 660895576 | 9/1/2024 | $75,081.85 |
| | 41604 | $145,956.36 | 10/7/2024 | 660909875 | 9/1/2024 | $145,956.36 |
| | | $0.00 | 10/22/2024 | 664224588 | 10/1/2024 | $73,125.80 |
| **Total Transfers** | **7** | **$745,960.32** | | | | **$819,086.12** |